UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br> JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.42.218.237, <br><br>　　　　Defendant. | Case No.  25-cv-01636-WHO <br><br> **ORDER OF DISMISSAL** <br><br> Re: Dkt. No. 19 |

　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice.  The Clerk shall close the case.

Dated: October 21, 2025

_____
WILLIAM H. ORRICK
United States District Judge